IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | NO: 6:25-00335 |
| | § | |
| 1,282,916.741955 USDT | § | |
| Defendant. | § | |

## VERIFIED COMPLAINT FOR FORFEITURE IN REM

In accordance with Fed. R. Civ. P. Supplemental Rule G(2), the United States of America, Plaintiff, brings this complaint and alleges as follows:

Nature of the Action

1.     This is an action to forfeit property to the United States for violations of 18 U.S.C. §§ 1343, 1349, 1956, and 1957.

Defendant In Rem

2.     The Defendant Property is a total of 1,282,916.741955 in USDT seized from Tether deposit addresses 0x46828Cf3F878Ba944600EdA602bc7B8AAed9420C ("0x4682) and 0xB2ED95dce110270A75739B978b5B3BAc8A611a35 ("0xB2ED") on or about February 27, 2025 pursuant to a seizure warrant approved by a United States Magistrate Judge for the Eastern District of Texas in Case No. 6:25-MJ-37 (the "Defendant Property").  The Defendant Property remains in the custody of the United States Secret Service ("USSS").

**Complaint – Page 1**

Jurisdiction and Venue

3.    The Court has subject matter jurisdiction over an action commenced by the United States pursuant to 28 U.S.C. § 1345, and over an action for forfeiture pursuant to 28 U.S.C. § 1355(a).

4.    The Court has *in rem* jurisdiction over the Defendant Property pursuant to 28 U.S.C. § 1355(b)(1)(A) because acts or omissions giving rise to the forfeiture occurred in this district.

5.    Venue is proper in this district pursuant to 28 U.S.C. § 1355(b)(1)(A) because acts or omissions giving rise to the forfeiture occurred in this district.

Basis for Forfeiture

6.    The Defendant Property is subject to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(A) because it is personal property involved in a transaction or attempted transaction  in violation of 18 U.S.C. §§ 1956 and 1957, or any property traceable to such property, and pursuant to 18 U.S.C. § 981(a)(1)(C) because it is personal property which constitutes or is derived from proceeds traceable to a violation of any offense constituting a specified unlawful activity (as defined in 18 U.S.C. § 1956(c)(7)), namely, a violation of 18 U.S.C. § 1343, or a conspiracy to commit such offense (18 U.S.C. § 1349).

Facts

7.    The facts and circumstances supporting the forfeiture of the above-described property are attached in the affidavit by USSS Special Agent Brad Schley.

**Complaint – Page 2**

Potential Claimants

8.      The known claimants to the Defendant Property are:

a.      Daniel Lee Sallay
        184 W. 147th Street
        Harvey, Illinois 60426

b.      Edward Spehar
        847 Garfield Avenue
        Aurora, Illinois 60506

c.      Kristy S. Riekeberg
        1144 Olson Street
        Toledo, Ohio 43612

The United States will also publish notice of this suit consistent with the Federal Rules of

Civil Procedure, specifically Supplemental Rule G.

Claim for Relief

9.      The United States respectfully requests that the Court forfeit the Defendant

Property to the United States, award costs and disbursements in this action to the United

States and order any other relief that the Court deems appropriate.

Respectfully submitted,

JAY R. COMBS
ACTING UNITED STATES ATTORNEY

*/s/ Robert Austin Wells*
ROBERT AUSTIN WELLS
Assistant United States Attorney
Texas State Bar Number 24033327
110 North College, Suite 700
Tyler, Texas 75702
(903) 510-9350
robert.wells3@usdoj.gov

**Complaint – Page 3**

## <u>VERIFICATION PURSUANT TO 28 U.S.C. § 1746</u>

I, Brad Schley, hereby state that:

1.      I am a Special Agent with the United States Secret Service.

2.      I have read this Complaint, and the information contained herein is true and correct to the best of my knowledge.

3.      The information contained in this Complaint comes from the official files and records of the United States, statements from other law enforcement officers, and my investigation of this case.

I state and verify under penalty of perjury that the foregoing is true and correct.


bschley
Digitally signed by bschley
Date: 2025.08.26
13:48:53 -05'00'
_____
Brad Schley
Special Agent
United States Secret Service


Dated: _____

**Complaint – Page 4**